# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO.  11-328-02** |
| **JUAN PEREZ** | : | |

### O R D E R

**AND NOW**, this 11th day of July 2011, upon consideration of defendant's Appeal from Order of Detention and Motion to Set Bail (Document No. 15, filed June 24, 2011), Government's Response in Opposition to Defendant's Motion to Revoke Magistrate Judge's Order for Detention Pending Trial and Motion for Pre-Trial Detention (Document No. 21, filed July 5, 2011) and Supplemental Bail Package Submitted on Behalf of Defendant Juan Perez (Document No. 22, filed July 6, 2011), the Court having conducted an evidentiary hearing and heard oral argument on July 7, 2011, for the reasons set forth in the memorandum dated July 11, 2011, **IT IS ORDERED** that defendant's Appeal from Order of Detention and Motion to Set Bail (Document No. 15, filed June 24, 2011) is **DENIED**.

**IT IS FURTHER ORDERED** that:

1.  The defendant is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and

-1-

3.  On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois

**JAN E. DUBOIS, J.**